# RULE 26(f) REPORT

Case No.: **1:22-cv-01679-ENV-SJB**     Date of Initial Conference: **7/6/22**

Plaintiff(s): **Government Employees Ins. Co., GEICO Indemnity Co., GEICO General Ins. Co., and GEICO Casualty Co.**

Defendants(s): **Omar Ahmed, M.D., Phyllis Gelb, M.D., ENS Medical, P.C., East Coast Medical Care, P.C., Garden Medical Care, P.C., Town Medical Care, P.C., Atlantic Medical Care, P.C., and John Doe Defendants 1-10**

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: **6/10/22**.
2. Time for amendment of the pleadings to add claims or join additional parties: **9/6/22**.
3. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number permitted by plaintiff(s) **25** and defendant(s) **25**.
4. Number of depositions by plaintiff(s) of: **7** parties; **10** non-parties.
5. Number of depositions by defendant(s) of: 3 parties; TBD non-parties.
6. Will any independent medical examinations (IMEs) be conducted? **NO**.
7. Date for completion of fact discovery: **2/28/23**.
8. Number of expert witness of plaintiff(s): **2** medical; **2** non- medical. Date for exchange of expert report(s): **3/31/23**.
9. Number of expert witness of defendant(s): 2 medical; 2 non- medical. Date for expert report(s): **5/1/23**.
10. Date for completion of expert discovery: **5/31/23**.
11. Final date to take the first step in dispositive motion practice: 6/30/23.
12. Contemplated dispositive motions:

    a. Plaintiff(s): Summary judgment

    b. Defendant(s): Summary Judgment

13. Have counsel discussed the existence of electronically stored information and discussed the location and production of such information, as required by Rule 26? **YES**. Have the parties entered into an ESI protocol? **NO**

14. Date for submission of any protective order for Court approval: **7/30/22**.

15. Details on Rule 26(f) meeting

    Date meeting held: May 4, 2022

    Plaintiff(s)' representative(s) who participated: Steve Henesy

    Defendant(s)' representative (s) who participated: Nicholas Bowers

16. For cases where basis of subject matter jurisdiction is diversity:

a. Is any party an LLC or partnership? **NO**.

b. Citizenship of each plaintiff: Nebraska

c. Citizenship of each defendant: New York

17. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C § 636(c)? **NO**.

18. Please list counsel for each side that will be appearing at the initial conference:

    Plaintiffs: Steve Henesy

    Defendants: Nicholas Bowers

3